UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES                                                 :
                                                              :
                                                              :     **ORDER**
    -against-                                               :
                                                              :     21 Cr. 29 (AKH)
ANGEL RIVERA,                                                 :
                                                              :
                        Defendants.                            :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Currently, ECF Nos. 9 and 13 are marked as open. However, ECF No. 9 is now moot because the Defendant was present for all proceedings, which took place on June 15, 2021 and October 12, 2021. ECF No. 13 is now moot because the proceedings in question were conducted remotely. Accordingly, the Clerk shall terminate ECF Nos. 9 and 13.

        SO ORDERED.

Dated:     April 13, 2022                       /s/ Alvin K. Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                              United States District Judge